UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-16719 |
| | ) | |
| QUIANA R. BROWN | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| Debtor. | ) | JUDGE ARTHUR I. HARRIS |

### NOTICE OF MOTION FOR REDEMPTION UNDER 11 U.S.C. § 722

The Debtors have filed a Motion for Redemption under 11 U.S.C. § 722.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **February 20, 2018**, you or your attorney must:

1. File with the Court a written request for a hearing and a written response explaining your position at:

> Clerk of Court
> U.S. Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue
> Cleveland, OH 44114-1235

If you mail your request for hearing and response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

2. You must also mail a copy to:

> Charles J. Van Ness
> Attorney for Debtors
> 6181 Mayfield Road, Suite 104
> Mayfield Heights, OH 44124

3. Attend the hearing scheduled to be held on **February 27, 2018**, at **10:00 a.m.** in Courtroom #1A, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted,

/s/ Charles J. Van Ness
Charles J. Van Ness (0047365)
Attorney for Debtor
6181 Mayfield Road, Suite 104
Mayfield Hts., OH 44124
Phone: (440) 461-4433
Fax: (440) 461-4434
CJVLaw@prodigy.net

CERTIFICATE OF SERVICE

A copy of the foregoing Notice was sent via regular U.S. Mail (or ECF) on February 12, 2018, to the following parties:

Sheldon Stein (via ECF)
Chapter 7 Trustee
ssteindocs@gmail.com

Bridgecrest Acceptance Corporation
ATTN: Raymond C. Fidel, CEO & President
4020 East Indian School Road
Phoenix, AZ 85018

/s/ Charles J. Van Ness
Attorney for Debtor